UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Roger S Anderson

Debtor(s)

Case No: 09−61475 − DDO

Chapter 13 Case

## ORDER AND NOTICE OF DISMISSAL

The chapter 13 trustee has requested that the court dismiss Roger S Anderson. After notice and hearing, the court has determined that Roger S Anderson should be dismissed.

IT IS THEREFORE ORDERED:

1. EXPENSES: If no plan was confirmed, the trustee is allowed $0.00 for reimbursement of reasonable expenses under 11 U.S.C. Sec. 1326(a)(2)and 503(b)(1)(A).

2. FINAL DISTRIBUTION: Subject to paragraph 1 of this order, the trustee shall distribute available funds if any under 11 U.S.C. Sec. 1326, to the debtor(s) if no plan was confirmed, or to creditors in accordance with the plan if a plan was confirmed.

3. DISMISSAL: Subject to paragraph 2 of this order, Roger S Anderson is dismissed.

4. NOTICE: The clerk shall mail copies of this order as notice thereof to the debtors(s), the attorney for the debtor(s), the trustee, the United States Trustee, and to all creditors and other parties in interest.

Dated: 2/22/11

Dennis D O'Brien
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on February 22, 2011
Lori Vosejpka Clerk, United States Bankruptcy Court
By: shelley Deputy Clerk

**odsm** 02/27/2009